IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED


MICHELLE BLACKFORD,

      Appellant,

v.
Case No.  5D21-2819
LT Case No. 2021-GA-31


MELISSA C. POWELL, AS GUARDIAN
OF THE PERSON AND PROPERTY OF
N.R.W., A CHILD,

      Appellee.

_____/

Decision filed January 3, 2023

Appeal from the Circuit Court
for Citrus County,
Stacy M. Youmans, Judge.

John N. Bogdanoff, of The Carlyle
Appellate Law Firm, Orlando, for
Appellant.

Eric A. Dibert, of Bogin, Munns &
Munns, P.A., Gainesville, for Appellee.


PER CURIAM.

      AFFIRMED.

WALLIS, EDWARDS and EISNAUGLE, JJ., concur.